

**FILED**

**MAY 24 2024**

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TAYLOR KIRKMAN<br>Plaintiff,<br><br>v.<br><br>BLITT & GAINES, P.C.<br>Defendant. | ) JURY TRIAL DEMANDED<br>)<br>)<br>) Case No. 1:24-cv-04290<br>) Judge Robert W. Gettleman<br>) Magistrate Judge Jeffrey Cole<br>) RANDOM / Cat. 2<br>)<br>) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Taylor Kirkman, respectfully alleges the following:

### PRELIMINARY STATEMENT

The Fair Debt Collection Practices Act (FDCPA) has been in existence since 1977 to prevent abusive practices in the collection of consumer debts. It gives consumers more clarity and guidance when interacting with debt collectors, yet still allows the collection industry to carry out its operations effectively.

### I. INTRODUCTION

1. This is an action brought by the Plaintiff, Taylor Kirkman, a natural person and individual consumer, seeking actual and statutory damages, and costs of the action against the Defendant, BLITT & GAINES, P.C. (hereinafter "B&G") for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. (hereinafter "FDCPA") which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II. JURISDICTION AND VENUE

1

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331 because the complaint alleges a federal claim and requires the resolution of substantial questions of federal law.

3. Venue is proper before the court pursuant to 28 U.S.C. § 1391(b)(2), wherein a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, where the Plaintiff resides, and or where the Defendant transacts business.

### III. PARTIES

4. Plaintiff, Taylor Kirkman, is a natural person residing in Broadview, Illinois. Plaintiff is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3).

5. Plaintiff is allegedly obligated to pay money arising out of a transaction in which the money, property, insurance, or services which are the subject of the transaction are primarily for family, personal, or household purposes.

6. The Defendant, B&G is a "debt collector" as defined by the FDCPA, 15 U.S.C § 1692a(6).

7. Upon information and belief, B&G has a principal place business that is located at 775 Corporate Woods Parkway Vernon Hills, IL 60061.

8. B&G collects consumer debts using the mail, telephone, and other instrumentalities of interstate commerce.

9. B&G regularly attempts to collect consumers' debts alleged to be due to another. The alleged debt arose from a financial obligation that was primarily for personal, family, or household purposes and is, therefore, a "debt" as that term is defined by 15 U.S.C. §1692a(5).

2

## IV. FACTS OF THE COMPLAINT

10. Defendant B&G is attempting to collect an amount of $9120.63, allegedly owed to the creditor, American Express, for an alleged credit card balance.

11. The alleged debt arose from a financial obligation primarily for personal, family, or household purposes.

12. On April, 01, 2024, via USPS certified mail receipt 70212720000281422556, Plaintiff sent Defendant a letter requesting validation. In the letter she informed Defendant as follows, "I am a full time nursing student and I work midday into the next day, so the only convenient place to contact me that would be appropriate for my schedule is by email." Plaintiff listed her email address on on the letter.

13. According to the USPS certified mail receipt number 70212720000281422556, the Plaintiff's letter was delivered to B&G on Apr 8, 2024 at 8:28 a.m.

14. On or about April 12, 2024, B&G sent the Plaintiff a letter attempting to collect an alleged debt and provide validation of the alleged debt via USPS mail.

15. Plaintiff previously notified Defendant that the only convenient place appropriate for her schedule was by email. Plaintiff listed her email address on the letter.

16. Defendant B&G violated 15 § U.S.C 1692c(a)(1) by communicating with the Plaintiff at a place, (Plaintiff's residence), Defendant knew or should have known was not convenient to the Plaintiff.

3

17. This action constitutes a willful violation of 15 U.S.C § 1692c(a)(1) by B&G communicating by mail to attempt to collect an alleged debt after Plaintiff notified B&G in writing that the only convenient place to contact her is by email because of her work and school schedule.

18. Plaintiff has suffered actual damages as a result of these illegal collection tactics by B&G in the form of invasion of privacy, intrusion upon seclusion, personal embarrassment, loss of productive time, emotional distress, frustration, anger, and humiliation.

## V. FIRST CLAIM FOR RELIEF
### Violation of FDCPA 15 U.S.C § 1692c(a)(1)

19. Plaintiff re-alleges all preceding paragraphs.

20. Defendant BLITT & GAINES, P.C. violated 15 U.S.C § 1692c(a)(1) by communicating with Plaintiff at a place known or should be known to be inconvenient to Plaintiff.

21. Defendant caused injury in fact by causing mental and emotional stress, in addition to breach of privacy.

22. Defendant's conduct was negligent and or willful.

23. Plaintiff is entitled to recover actual damages pursuant to 15 U.S.C. § 1692k(a)(1).

24. Plaintiff is entitled to recover statutory damages pursuant to 15 U.S.C § 1692k(a)(2)(A).

25. Plaintiff is entitled to costs pursuant to 15 U.S.C § 1692k(a)(3).

## VI. JURY DEMAND PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Taylor Kirkman respectfully requests a jury trial and requests judgment be entered in favor of the Plaintiff and against the Defendant, BLITT & GAINES, P.C. for the following:

a. Judgment for violating 15 U.S.C § 1692c(a)(1) of the FDCPA.

b. Actual damages pursuant to 15 U.S.C § 1692k(a)(1).

c. Statutory damages pursuant to 15 U.S.C § 1692k(a)(2)(A).

d. Costs of the action pursuant to 15 U.S.C § 1692k(a)(3).

e. For such other and further relief as the court may deem just and proper.

Respectfully Submitted,

*/s/ Taylor Kirkman*

Date 05/24/24

Taylor Kirkman
2223 S. 12th Ave
Broadview, IL 60155
708-466-2693
t.kirkman09@yahoo.com